No. 73–1555. MITSUBISHI ELECTRIC CORP. *v.* UNITED STATES. Appeal from D. C. N. D. Cal. dismissed for want of jurisdiction.

No. 73–1579. MITSUBISHI ELECTRIC CORP. ET AL. *v.* UNITED STATES. Appeal from D. C. N. D. Cal. dismissed for want of jurisdiction.

No. 73–1907. SUMPTER *v.* INDIANA. Appeal from Sup. Ct. Ind. dismissed for want of jurisdiction.

No. 73–6918. SMITH *v.* PROJECT CONSTRUCTION Co. Appeal from Sup. Ct. Okla. dismissed for want of jurisdiction.

No. 73–6693. GARGALLO *v.* PRESIDING JUDGE, FRANKLIN COUNTY COMMON PLEAS COURT, ET AL. Appeal from Ct. App. Ohio, Franklin County. Motion to defer consideration denied. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–420. BATES ET AL. *v.* EDWARDS, GOVERNOR OF LOUISIANA, ET AL. Appeal from Sup. Ct. La. Motion of appellees to docket and dismiss appeal pursuant to this Court's Rule 14 (3) granted.

No. 73–1669. CONGRESS OF RAILWAY UNIONS *v.* UNITED STATES ET AL. Appeal from D. C. D. C. Judgment vacated and case remanded with directions to dismiss case as moot.

No. 73–1758. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* JOBST. Appeal from D. C.